Janelle M. Smith [SBN 231801]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: janelle.smith@hklaw.com

Attorneys for Defendant
GARY MANFREDI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HART,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXMOR CAPITAL; MICHAEL FRANCIS; JAMES MARIANO; GARY MANFREDI; and DOES 1 through 100, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. CV 10-5421<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff Christopher Hart and Defendant Gary Manfredi, by and through their counsel, hereby stipulate to the following:

　　　　1.　**WHEREAS**, Defendant Gary Manfredi was served with the complaint in this matter ("Complaint") on or about January 24, 2011;

　　　　2.　**WHEREAS**, Mr. Manfredi has not responded the Complaint;

　　　　3.　**WHEREAS**, Plaintiff has agreed to extend the deadline for Mr. Manfredi to respond to the Complaint to March 8, 2011;

4. **WHEREAS** the Case Management Conference for this matter is currently set for March 8, 2011, and the deadline for submitting a Joint Case Management Statement is March 1, 2011;

**NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1, IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Christopher Hart and Defendant Gary Manfredi that the deadline for Mr. Manfredi to respond to the Complaint is March 8, 2011.

**IN ADDITION, IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Christopher Hart and Defendant Gary Manfredi that the Case Management Conference set for this matter be continued to a date in mid to late May to account for Mr. Manfredi's March 8, 2011 deadline for responding to the Complaint.

**IT IS SO STIPULATED.**

DATED:  February ____ , 2011          HOLLAND & KNIGHT LLP

```
                                      _____
                                      Janelle M. Smith
                                      Attorneys for Defendant
                                      GARY MANFREDI
                                      .
```

DATED:  February _____, 2011          SCHEER LAW GROUP, LLP

```
                                      _____
                                      Spencer P. Scheer
                                      Joshua L. Scheer
                                      Reilly D. Wilkinson
                                      Jonathan Seigel
                                      Attorneys for Plaintiff
                                      CHRISOTPHER HART
```

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

STIPULATION TO EXTEND TIME AND CONTINUE CMC                Case No. CV 10-5421

**IT IS SO ORDERED.**  The Case Management Conference for this matter is rescheduled to **Tuesday, May 31, 2011**.

DATED:  **3/2/2011**

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

#10148969_v1