Spencer P. Scheer [SBN 107750]
Joshua L. Scheer [SBN 231801]
Reilly D. Wilkinson [SBN 250086]
Jonathan Seigel [SBN 168224]
SCHEER LAW GROUP LLP
155 N. Redwood Drive, Suite 100
San Rafael, California  94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910

Attorneys for Plaintiff
CHRISTOPHER HART

Janelle M. Smith [SBN 231801]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California  94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: janelle.smith@hklaw.com

Attorneys for Defendant
GARY MANFREDI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HART,<br><br>  Plaintiff,<br><br>vs.<br><br>EXMOR CAPITAL; MICHAEL FRANCIS; JAMES MARIANO; GARY MANFREDI; and DOES 1 through 100, INCLUSIVE,<br><br>  Defendants. | Case No. CV 10-5421<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

- 1 -

[PROPOSED] ORDER GRANTING
REQUEST TO CONTINUE CMC

Case No. CV 10-5421

Plaintiff Christopher Hart ("Hart") and Defendant Gary Manfredi ("Manfredi"), by and through their counsel, jointly submitted a Notice of Tentative Settlement and Request to Continue Case Management Conference.  The parties indicated they have been participating in settlement discussions and have reached a tentative settlement of this matter

Given that the parties have tentatively settled this matter and anticipate that Manfredi will be dismissed with prejudice on or before June 30, 2011, and in the interests of judicial economy and efficiency, **IT IS HEREBY ORDERED THAT** the case management conference will be continued from May 31, 2011 to __ July 12, 2011 _____.

DATED:__5/25/2011_____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

#10354237_v1

- 2 -

[PROPOSED] ORDER GRANTING
REQUEST TO CONTINUE CMC

Case No. CV 10-5421

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910