IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HART, | No. C 10-05421 CW |
|     Plaintiff, | ORDER RE DEFAULT |
|   v. | |
| EXMOR CAPITAL, et al., | |
|     Defendants. | |

    Default having been entered by the Clerk on February 1, 2011,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, September 13, 2011 is maintained.

Dated: 7/12/2011

                                                     CLAUDIA WILKEN
                                                     United States District Judge

cc:  Sue