IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HART,<br><br>    Plaintiff,<br><br>    v.<br><br>EXMOR CAPITAL, et al.,<br><br>    Defendants._____/ | No. C 10-05421 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

   Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  Hearing noticed for September 15, 2011 is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

   The case management conference previously set for Tuesday, September 16, 2011 is continued to Tuesday, October 18, 2011, at 2:00 p.m.


Dated:  8/11/2011

                                     _____
                                     CLAUDIA WILKEN
                                     United States District Judge


cc: Sue