IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HART,<br><br>    Plaintiff,<br><br>  v.<br><br>EXMOR CAPITAL, and MICHAEL FRANCIS,<br><br>    Defendants.<br>_____/ | No. C 10-5421 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Vadas' Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 12/8/2011

CLAUDIA WILKEN
United States District Judge

cc: NJV